**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: ROBERT NAM SU  : No. 96 WM 2019
KIM  MOTION FOR EXTENSION  :
PURSUANT TO RULE 311  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2019, the Petition to Extend Limited Admission of Attorney Participant in Legal Services Programs is GRANTED, IN PART. In order to afford Robert Nam Su Kim time to seek full admission to the Pennsylvania bar, his temporary admission is extended until April 30, 2020.